THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY ANTHONY WADE,<br><br>                 Petitioner,<br>     v.<br><br>DEAN MASON,<br><br>             Respondent. | CASE NO. C16-1645-JCC<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 11). The Court having reviewed Petitioner's federal habeas petition, the Report and Recommendation and the lack of objections thereto, and the remaining record, does hereby find and ORDER:

    (1) The Report and Recommendation (Dkt. No. 11) is approved and adopted;

    (2) Petitioner's petition for writ of habeas corpus (Dkt. No. 3) is DENIED, and this action is DISMISSED WITH PREJUDICE;

    (3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

    (4) The Clerk is respectfully DIRECTED to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Mary Alice Theiler.

    //

1  DATED this 22nd day of March, 2017.

2

3

4

5  John C. Coughenour
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2